UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

           Plaintiff,

-v-

CITY OF NEW YORK, et al.,

           Defendants.

CIVIL ACTION NO.: 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for general pretrial supervision and to resolve a discovery dispute between the parties. (ECF Nos. 44; 45). Accordingly, an in-person discovery conference is scheduled for **Tuesday, February 4, 2025 at 2:30 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            January 30, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge