


**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

January 30, 2025

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendants' request at ECF No. 47 is **GRANTED**. The February 4, 2025 discovery conference (ECF No. 46) is **ADJOURNED** to **Tuesday, February 19, 2025 at 11:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.
>
> The Clerk of Court is respectfully directed to close ECF No. 47.
>
> SO ORDERED.    January 31, 2025
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   Derick Biddings v. The City of New York et. al..
      24 Civ. 1732 (AT) (SLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Jacqueline Grant, Sharon Leach, and Deborah Prince. Defendants write to respectfully request an adjournment of the discovery conference scheduled for February 4, 2025 at 2:30 p.m. due to a previously scheduled conflict. Plaintiff consents to this request. This is the first request for an adjournment of the February 4, 2025 conference and this request does not affect any other deadlines.

      By way of background, on January 30, 2025, the Court scheduled an in-person discovery conference for February 4, 2025 at 2:30 p.m. *See* Dkt. No. 46.

      The reason for this request is that counsel for defendants has a previously scheduled conflict on the date and time of the conference. In addition, plaintiff's counsel has advised that he may also have a conflict on the date and time of the conference as well. Counsel for the parties have conferred and respectfully note that they are available on February 10, 19 and 21.[1]

---

[1] Defendants further respectfully note that they are not available on February 7 and 14. Plaintiff's counsel has advised that he is not available on February 5 and 6.

Accordingly, for the foregoing reasons, defendants respectfully request, with plaintiff's consent, an adjournment of the discovery conference scheduled for February 4, 2024 at 2:30 pm.

Thank you for your consideration.

Respectfully submitted,

*/s/ Randy Nandlall*

Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Matthew Christiana
Clyde Rastetter
Kopke Christiana & Rastetter LLP
*Attorneys for Plaintiff*

2