UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the discovery conference held today, February 19, 2025, (the "Conference") it is ORDERED as follows:

1. The deadline to complete fact discovery is **EXTENDED** up to and including **March 31, 2025**. On or before **April 7, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

2. The parties shall move expeditiously to notice and take the depositions of Plaintiff Derick Biddings and Defendants Jacqueline Grant, Sharon Leach, and Deborah Prince.

3. On or before **February 24, 2025**, Plaintiff may notice a Rule 30(b)(6) deposition of Defendant City of New York.

4. Plaintiff's request to compel further responses to his requests for production of documents numbers 21–23 is **DENIED** for the reasons set forth during the Conference. (See ECF No. 44 at 1–7).

5. Defendants' request to bifurcate discovery and file a motion for judgment on the pleadings is **DENIED without prejudice**. (See id. at 5).

6. On or before **March 7, 2025**, Defendants shall file (i) a letter of not more than three (3) pages setting forth their reasons and legal authority for objecting to Plaintiff's request for production of documents number 28, and (ii) a declaration from a person with knowledge of the 311 call system detailing how records of such calls are stored and organized. (See id. at 7–8). On or before **March 14, 2025**, Plaintiff shall file a response of not more than three (3) pages and attach the 311 call notations relating to Plaintiff that Plaintiff's Counsel indicated were in his possession.

7. On or before **March 7, 2025**, Defendants shall produce to Plaintiff the monthly work order report(s) that Defendants' Counsel referred to during the Conference. That production is deemed to satisfy Plaintiff's request to compel further responses to his interrogatories 11–14. (See ECF No. 50).

8. A telephone status conference is scheduled for **Wednesday, March 19, 2025 at 10:00 a.m. ET**. The parties are directed to call: (646) 453-4442; phone conference ID: 865 362 040#, at the scheduled time.

Dated:   New York, New York
         February 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2