UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

           Plaintiff,

-v-

CITY OF NEW YORK, et al.,

           Defendants.

CIVIL ACTION NO.: 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone status conference set for Wednesday, March 19, 2025 at 10:00 a.m. ET (ECF No. 51 at 2) is **ADJOURNED** to **Wednesday, March 19, 2025 at 11:00 a.m. ET.** The parties are directed to call: (646) 453-4442; phone conference ID: 865 362 040#, at the scheduled time.

Dated:      New York, New York
             February 25, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge