UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

           Plaintiff,

-v-

CITY OF NEW YORK, et al.,

           Defendants.

CIVIL ACTION NO.: 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court received the parties' respective letter motions for a discovery conference and will discuss the parties' discovery disputes at the telephone conference set for March 19, 2025. (See ECF Nos. 52; 53; 55).

Dated:    New York, New York
           March 7, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge