```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/11/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
DERICK BIDDINGS,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK,
JACQUELINE GRANT,
SHARON LEACH, and
DEBORAH PRINCE,

                    Defendants.
---------------------------------------------------------------

24 Civ. 1732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated November 6, 2024, the Court adjourned the case management conference in this matter to March 17, 2025, at 10:30 a.m.  ECF No. 41.  Since then, the parties have engaged in discovery and are scheduled to appear at a telephonic conference before the Honorable Sarah L. Cave on March 19.  ECF No. 56.  Accordingly, the case management conference scheduled for March 17, 2025, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: March 11, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge