UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 19, 2025, (the "Conference") the parties' requests (ECF Nos. 52; 54; 55; 57; 58; 60; 61) are **GRANTED in part and DENIED in part** as follows:

1. An in-person settlement conference will be scheduled for May 6, 2025 by a separate order ("Settlement Conference"). If Defendant City of New York participates in the Settlement Conference with full settlement authority on behalf of all Defendants, the individual defendants may but are not required to attend.

2. Pursuant to the discussion on the record during the Conference, Defendants are not required to respond to Plaintiff's Fifth Requests for Production of Documents <u>at this time</u>. (<u>See</u> ECF No. 52). Defendants shall undertake reasonable efforts to preserve the documents referenced at ECF No. 57-1 ¶¶ 12–14.

3. Defendants' renewed request to bifurcate <u>Monell</u> discovery (ECF No. 52) is **DENIED without prejudice**, pending the Settlement Conference.

4. On or before **March 25, 2025**, Plaintiff shall serve on Defendants a revised Rule 30(b)(6) deposition notice that is tailored to topics related to Plaintiff Derick Biddings and the factual allegations relating directly to Mr. Biddings in the First Amended Complaint (the "Revised Notice"). (See ECF Nos. 26; 52-2). The parties shall meet and confer to resolve any disputes relating to the Revised Notice.

5. On or before **April 4, 2025**, Plaintiff shall serve on Defendants his post-deposition discovery requests (the "Post-deposition Requests"). The parties shall meet and confer to resolve any disputes relating to the Post-deposition Requests.

6. On or before **April 9, 2025**, Defendants shall produce to Plaintiff the investigation files relating to the alleged attacks on Mr. Biddings on August 17, 2022 and December 4, 2022 (the "Investigation Files"). (See ECF No. 55). The Court deems production of the Investigation Files to satisfy Requests 1, 2, and 3 of Plaintiff's Fourth Requests for Production of Documents. (See id.).

7. On or before **April 18, 2025**, the parties shall file a joint letter setting forth any disputes ripe for the Court's attention relating to the Revised Notice and the Post-deposition Requests.

8. The fact discovery deadline is **EXTENDED** up to and including **April 30, 2025**, to complete discovery relating to the Revised Notice and the Post-deposition Requests.

The Clerk of Court is respectfully directed to close ECF Nos. 52 & 55.

Dated:	New York, New York
	March 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**