UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK BIDDINGS,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1732 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' joint letter (ECF No. 64), it is ORDERED that, for the next two weeks, the parties shall devote their attention and resources to preparing to participate in a productive settlement conference on May 6, 2025. That includes, as required by the Court's Scheduling Order, exchanging at least one demand and offer, preparing and submitting pre-settlement conference letters, and confirming that parties with authority will participate in the Settlement Conference. (ECF No. 62).

Plaintiff's arguments seeking to depose a Rule 30(b)(6) witness before the Settlement Conference are generic and unpersuasive. (See ECF No. 64 at 5-10). The parties' remaining disputes concerning topics and scheduling are HELD IN ABEYANCE pending the Settlement Conference. (See generally ECF No. 64).

Dated:     New York, New York
            April 21, 2025                     SO ORDERED.

                                                     _____
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**